## THOMAS EMERSON *versus* GABRIEL GODFROY, SR.

JOURNAL ENTRIES (1824): *Journal 3:* (1) Discontinued *p. 476.
PAPERS IN FILE: (1) Precipe for capias; (2) capias and return.
*1824–36 Calendar*, MS p. 45.

## THOMAS EMERSON *versus* JEAN BAPTISTE GODFROY AND PETER GODFROY

JOURNAL ENTRIES (1824): *Journal 3:* (1) Discontinued *p. 476.
PAPERS IN FILE: (1) Precipe for capias; (2) capias and return.
*1824–36 Calendar*, MS p. 46.

## UNITED STATES *versus* CONRAD TEN EYCK

JOURNAL ENTRIES (1824–25): *Journal 3:* (1) Recognizance taken *p. 476; (2) rule to perfect bail, or procedendo *p. 484; (3) recognizance taken *p. 507. *Journal 4:* (4) Motion for judgment MS p. 2; (5) judgment MS p. 44.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance; (4) notice of exception to bail; (5) declaration; (6) taxed bill of costs; (7) precipe for execution fi. fa.; (8) writ of fi. fa.
*1824–36 Calendar*, MS p. 36. Recorded in *Book C*, MS pp. 1–5.